**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**vs.**                                                                           **CIVIL NO: 3:23-cv-468-DMB-JMV**

**DOMINIQUE JOHNSON**                                            **DEFENDANT**

## DEFAULT JUDGMENT

The Defendant, Dominique Johnson, having failed to appear, plead or otherwise defend in this action, and default having been entered on March 18, 2024, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Dominique Johnson, in the amount of $92,966.00, plus interest on the judgment at the legal rate until the judgment is satisfied, and a separate filing fee of $405.00 to the Clerk of Court.

This the 27th day of March, 2024.

                                                            _s/ David Crews_____

                                                            BY:   Clerk of Court by LGM